*Conrad O. Seifert,* in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided September 20, 1994

## STATE OF CONNECTICUT *v.* SAMUEL FINLEY

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 823 (AC 13324), is denied.

*Susan M. Hankins,* assistant public defender, in support of the petition.

*James A. Killen,* assistant state's attorney, in opposition.

Decided October 4, 1994

## RONALD M. HEDBERG *v.* PANTEPEC INTERNATIONAL, INC.*

The defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 19 (AC 12253), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court improperly interpreted the plaintiff's employment agreement in concluding that it permitted him to terminate his services upon a change of control of the company?"

The Supreme Court docket number is SC 15070.

*Richard J. Burtula,* in support of the petition.

*L. Page Heslin,* in opposition.

Decided October 4, 1994

* The defendant's appeal was withdrawn February 21, 1995.